**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2165**

BOBBY G. COLLIER,

        Plaintiff - Appellant,

     v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; BANK OF
AMERICA, N.A.; SUBSTITUTE TRUSTEE SERVICES, INC., TRUSTEE
SERVICES; THE HUTCHENS LAW FIRM, f/k/a Hutchens, Senter,
Kellam, & Pettit,

        Defendants - Appellees.

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  Catherine C. Eagles,
District Judge.  (1:15-cv-00480-CCE-JEP)

Submitted:  December 17, 2015     Decided:  December 21, 2015

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Bobby G. Collier, Appellant Pro Se.  Robert Ashley Muckenfuss,
MCGUIREWOODS, LLP, Charlotte, North Carolina; Claire Louise
Collins, Hilton Terry Hutchens, Jr., HUTCHENS, SENTER, KELLAM &
PETIT, PA, Fayetteville, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby G. Collier appeals the district court's order dismissing his civil action for lack of subject matter jurisdiction. On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. R. 34(b). Because Collier's informal brief does not challenge the basis for the district court's disposition, Collier has forfeited appellate review of the court's order. Accordingly, although we grant Collier's motion to proceed in forma pauperis, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>